**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN (Grand Rapids)**

| | |
|---|---|
| In re: | Chapter 13 No. 20-03270-swd |
| John Paul Hysell and | |
| Vicki Lynn Hysell | Hon. Scott W. Dales |
| fka Vicki L Bekins | |
|     Debtors. | |
| _____/ | |

## **OBJECTIONS TO CONFIRMATION**

NOW COMES Towne Mortgage Company ("Creditor"), by and through its attorneys, Trott Law, P.C., and hereby Objects to Confirmation as follows:

1. Creditor is a holder of a mortgage on real property owned by the Debtor(s) and located at 1363 W 32nd St, Holland, MI 49423-6780.

2. Debtor(s) Chapter 13 Plan proposes to pay Creditor a regular monthly payment of $815.00 directly.

3. According to Creditor's records, Creditor must receive the regular monthly payment of $798.70 plus a pre-petition arrearage of approximately $2,238.64 to be cured within a reasonable length of time.

4. Debtor(s) proposed Chapter 13 Plan fails to provide treatment for the pre-petition arrearage.

5. Pursuant to 11 U.S.C. §§ 1322(a)(1) and (b)(5) the Debtor(s) Plan is underfunded.

6. Debtor(s) Chapter 13 Plan cannot be confirmed pursuant to 11 U.S.C. § 1325 as it fails to comply with the requirements of 11 U.S.C. §§ 1322(b)(3) and(b)(5).

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

WHEREFORE, Creditor prays that Confirmation be denied, the bankruptcy case dismissed, and for whatever other relief the Court deems just and equitable.

                                              Respectfully Submitted,
                                              Trott Law, P.C.

Dated: May 4, 2021

                                              /s/ Robert J. Shefferly
                                            Robert J. Shefferly (P67477)
                                            Attorney for Towne Mortgage Company
                                            31440 Northwestern Hwy Ste. 145
                                            Farmington Hills, MI 48334-5422
                                            248.642.2515
                                            Email: WesternECF@trottlaw.com

Trott #500787B01

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628